```
09CV3062
JUDGE KENDALL
MAGISTRATE JUDGE BROWN
BR
```

# EXHIBIT B

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Precious metals and alloys thereof other than for dental use; jewelry, precious stones, timepieces and chronometric instruments; silverware, namely, bowls and serving platters of precious metal; works of art of precious metal, namely, sculptures and figurines; cigar and jewelry boxes, watch and jewelry cases and jewelry chests of precious metal; bracelets in the nature of jewelry, brooches in the nature of jewelry, sun dials, ashtrays of precious metal for smokers, chains in the nature of jewelry, hat ornaments of precious metal, chronographs in the nature of watches, chronometers, fancy key rings of precious metal, necklaces in the nature of jewelry, tie pins, household and kitchen containers, namely, boxes of precious metal for sweets; household utensils of precious metal, namely, candle snuffers and candle holders; pins in the nature of jewelry, clocks, badges of precious metal, cuff links, medals, purses of precious metal, watches, watchbands, silverware with the exception of cutlery, table forks and spoons, namely, sugar bowls of precious metal and saucers of precious metal; ornaments in the nature of jewelry, wall clocks in the nature of timepieces, napkin holders of precious metal, alarm clocks; coffee and tea services in the nature of tableware of precious metal<br><br>IC 018. US 001 002 003 022 041. G & S: Trunks and suitcases, umbrellas, parasols and walking sticks, whips and saddlery, animal collars and leashes, hat boxes of leather board for travel, purses, walking-stick seats, satchels, business card cases and card cases in the nature of wallets; hat boxes of leather for travel, key cases in the nature of leatherware, vanity cases sold empty, document holders in the nature of briefcase-type portfolios, school bags, net bags for shopping, clothing for animals, attache cases, change purses not of precious metal, sunshades in the nature of umbrellas, wallets, sling bags for carrying infants worn on the body, backpacks, handbags, beach bags, traveling bags, bags of leather in the nature of envelopes and pouches for packaging, garment bags for travel, briefcases in the nature of leatherware, traveling cases of leather<br><br>IC 025. US 022 039. G & S: Clothing, namely, pants, shirts and dresses; footwear except orthopedic footwear, bathing suits, bath robes, bibs not of paper, berets, hosiery, boots, suspenders, boxer shorts, caps, belts in the nature of clothing, hats, sports shoes, masquerade costumes, cloth diapers, ear muffs, neckties, sashes for wear, scarves, gloves, layettes, slippers, |

| | |
|---|---|
| | soles, underwear, aprons; sportswear, namely, jogging suits and sweatbands |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.11.04 - Human lips or mouths<br>10.05.25 - Bathroom articles, soap dishes; Cotton balls; Cotton swabs; Dental floss; Emery boards; Eye patches; Feminine hygiene products; Files (nail); Floss, dental; Nail clippers; Nail files; Polisher/buffers, nail; Shoe horns; Tooth picks; Vibrators, massage<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Trademark Search Facility Classification Code** | ART-10.05 Toilet articles; grooming devices; mirrors<br>HUM Accurate representation of a human form, or any portion of a human form<br>SHAPES-BAR-BANDS Designs with bar, bands or lines |
| **Serial Number** | 79026986 |
| **Filing Date** | April 14, 2006 |
| **Current Filing Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | July 10, 2007 |
| **Registration Number** | **3298278** |
| **International Registration Number** | 0893580 |
| **Registration Date** | September 25, 2007 |
| **Owner** | (REGISTRANT) FRANKLIN LOUFRANI INDIVIDUAL FRANCE 114 Eaton Square London SW1W 9AA UNITED KINGDOM<br><br>(LAST LISTED OWNER) The SMILEY COMPANY SPRL Société privée à responsabilité limitée (SPRL) BELGIUM Rue des Trois Arbres 16 B-1180 Bruxelles BELGIUM |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of half of a smile. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, pullovers, trousers and shirts. FIRST USE: 19700000. FIRST USE IN COMMERCE: 19700000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78975125 |
| **Filing Date** | May 10, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 21, 2001 |
| **Registration Number** | **2801529** |
| **Registration Date** | December 30, 2003 |
| **Owner** | (REGISTRANT) Loufrani, Franklin Alphonse INDIVIDUAL FRANCE 114 Eaton Square London UNITED KINGDOM SW1W 9AA |
| | (LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JANET DORE |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# SMILEY

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: traveling bags, school satchels, suitcases, and traveling leather sets consisting of traveling bags. FIRST USE: 20081204. FIRST USE IN COMMERCE: 20081204 |
| | IC 024. US 042 050. G & S: bath linen, bed linen, household linen, table linen, unfitted fabric furniture covers, curtains of textile or plastic, and table mats, not of paper. FIRST USE: 20081204. FIRST USE IN COMMERCE: 20081204 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 78433858 |
| **Filing Date** | June 11, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 13, 2005 |
| **Registration Number** | 3577839 |

| | |
|---|---|
| **Registration Date** | February 17, 2009 |
| **Owner** | (REGISTRANT) SMILEY COMPANY SPRL, THE LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mary Catherine Merz |
| **Prior Registrations** | 2566529;2747618;2801529;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# SMILEY WORLD

| | |
|---|---|
| **Word Mark** | SMILEY WORLD |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software program for use in attaching icons or other symbols, in e-mail correspondence, and instant messaging. FIRST USE: 20010700. FIRST USE IN COMMERCE: 20010700 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78372321 |
| **Filing Date** | February 23, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 29, 2005 |
| **Registration Number** | **3102995** |
| **Registration Date** | June 13, 2006 |
| **Owner** | (REGISTRANT) Loufrani, Franklin INDIVIDUAL FRANCE 114 Eaton Square London UNITED KINGDOM SW1W 9AA |
| | (LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Recorded Attorney of Record** | Mary Catherine Merz |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SMILEY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

SMILEY

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software program for use in attaching, icons or other symbols, in e-mail correspondence and instant messaging. FIRST USE: 20001200. FIRST USE IN COMMERCE: 20001200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78372264 |
| **Filing Date** | February 23, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | September 19, 2005 |
| **Registration Number** | 3016430 |
| **Registration Date** | November 15, 2005 |
| **Owner** | (REGISTRANT) Loufrani, Franklin INDIVIDUAL FRANCE 114 Eaton Square London UNITED KINGDOM SW1W 9AA |
| | (LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| Recorded Attorney of Record | Mary Catherine Merz |
| Type of Mark | TRADEMARK |
| Register | SUPPLEMENTAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Soaps, bath gels, makeup, perfumes, body lotions, nail care preparations, cosmetic preparations for skin renewal, hair shampoos, hair gel. FIRST USE: 20010226. FIRST USE IN COMMERCE: 20010226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78321611 |
| **Filing Date** | October 31, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 26, 2005 |
| **Registration Number** | 2970055 |
| **Registration Date** | July 19, 2005 |
| **Owner** | (REGISTRANT) Loufrani, Franklin Alphonse INDIVIDUAL FRANCE 114 Eaton Square London UNITED KINGDOM SW1W 9AA |
| | (LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mary Catherine Merz |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 029. US 046. G & S: processed potatoes. FIRST USE: 20010100. FIRST USE IN COMMERCE: 20010100 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>02.11.16 - Faces, smiley; Smiley faces |
| **Serial Number** | 75618546 |
| **Filing Date** | January 11, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Supplemental Register Date** | August 14, 2002 |
| **Registration Number** | 2701516 |
| **Registration Date** | March 25, 2003 |
| **Owner** | (REGISTRANT) Loufrani, Franklin INDIVIDUAL FRANCE 114 Eaton Square London, SW1 UNITED KINGDOM<br><br>(LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Janet Dore, Esq. |
| **Description of Mark** | The drawing shows a configuration of the goods, namely processed potatoes shaped like a three-dimensional smiley face. The stippling is for shading purposes only. |
| **Type of Mark** | TRADEMARK |

**Register** SUPPLEMENTAL
**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | (CANCELLED) IC 009. US 021 023 026 036 038. G & S: [ Protective sporting helmets ]. FIRST USE: 19880516. FIRST USE IN COMMERCE: 19880516 |
| | IC 028. US 022 023 038 050. G & S: Toys, namely plush stuffed toys and plastic balls, latex balls and squeezable balls [ ; sporting goods, namely knee pads ]. FIRST USE: 19880516. FIRST USE IN COMMERCE: 19880516 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75919141 |
| **Filing Date** | February 15, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 12, 2002 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **2566529** |
| **Registration Date** | May 7, 2002 |
| **Owner** | (REGISTRANT) LOUFRANI, FRANKLIN INDIVIDUAL FRANCE 114 Eaton Square London ENGLAND SW1, W9AA |
| | (LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mary Catherine Merz |
| **Prior** | |

| | |
|---|---|
| **Registrations** | 0957363;1148450;1154955 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 20 04:04:25 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: non-medicated cosmetic preparations for slimming purposes, namely, skin creams, skin lotions, skin pomades, rust removing preparations, sun-tanning preparations for cosmetic purposes, fabric softeners for laundry use, shaving soap, cotton sticks for cosmetic purposes, skin whitening creams, laundry bleach, scented wood, floor polish, hair color, hair dyes, hair waxing lotions, artificial eyelashes, shoe care products, namely, shoe wax, shoe polish, and shoe cream, depilatory wax, parquet floor wax, polishing wax for use on furniture and automobiles, leather preservatives, namely, polishing creams and waxes, cosmetic kits comprised of eyelash pencils, eyelid pencils, namely, shampoos, drain openers, general purpose scouring powders, decolorants for cosmetic purposes, namely, hair decolorants, degreasing preparations not used in the manufacturing process for use on floors, make-up removing preparations, depilatory creams, stains removers, paint removers, rust and mineral removing cleaning preparations, laundry detergents, toilet water, anti-static dryers sheets, emery paper, emery cloth, emery boards, polish for furniture and flooring, incense, windscreen cleaning preparations, essentials oils for personal use, hair lacquer, hair bleaching preparations, sachets for perfuming linen, hair lotions, false nails, cotton balls for cosmetic purposes, abrasive paper for use on the nails, wallpaper cleaning preparations, paint stripper, pumice stones for personal use, adhesives for cosmetic use, namely, adhesives for use in connection with artificial hair, shaving preparations, varnish-removing preparations. FIRST USE: 20010226. FIRST USE IN COMMERCE: 20010226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75810328 |
| **Filing Date** | October 20, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 11, 2000 |
| **Registration Number** | 2747618 |

| | |
|---|---|
| **Registration Date** | August 5, 2003 |
| **Owner** | (REGISTRANT) Loufrani, Franklin INDIVIDUAL FRANCE 114 Eaton Square London UNITED KINGDOM SW1 W9AA |
| | (LAST LISTED OWNER) THE SMILEY COMPANY SPRL LIMITED LIABILITY COMPANY BELGIUM 16 RUE DES TROIS ARBRES BRUSSELS BELGIUM 1180 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Peter E. Nussbaum, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY