UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRANKLIN LOUFRANI & THE SMILEY COMPANY SPRL** <br><br> PLAINTIFF(S) <br><br> VS. <br><br> **WAL-MART STORES, INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **09 CV 3062** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT FOR DE NOVO REVIEW OF DECISION OF TRADEMARK TRIAL AND APPEAL BOND; EXHIBIT A - B** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 22, 2009,** at **10:40 AM**, I served the above described documents upon **WAL-MART STORES, INC. C/O CT CORP** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JILL DUFFY-BARICOVICH / CORPORATE OPERATIONS MANAGER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **208 S. LASALLE ST., STE 814, CHICAO, IL 60604.**

**DESCRIPTION:** Gender: **F** Race: **WHITE** Age: **30** Hgt: **5'4"** Wgt: **225** Hair: **BROWN** Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert D Fairbanks**, Lic #: **117-001119**
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 22nd day of May, 2009

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: <br> Mandell Menkes LLC* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 47726 |