IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN LOUFRANI, an individual, and THE SMILEY COMPANY SPRL, a Belgian Company, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 09CV3062 ) JUDGE KENDALL ) MAGISTRATE JUDGE BROWN |
| WAL-MART STORES, Inc. | ) ) |
| Defendant. | ) |

**UNOPPOSED MOTION OF DEFENDANT WAL-MART STORES, INC. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD OR MOVE**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by its attorneys, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves the Court for an extension of time of thirty (30) days to answer or otherwise plead or move in response to the complaint filed by Plaintiffs Franklin Loufrani and The Smiley Company SPRL. In support of this Motion, Wal-Mart states as follows:

1. Plaintiffs filed their complaint against Wal-Mart on May 20, 2009 and served it shortly thereafter. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Wal-Mart's answer or other responsive pleading is due on or about Thursday, June 11, 2009.

2. Plaintiffs' complaint purports to seek judicial review of a final decision of the Trademark Trial and Appeal Board ("TTAB") pursuant to Section 21(b)(1) of the Lanham Act, 15 U.S.C. § 1071(b)(1). Wal-Mart has only recently engaged counsel at Barack Ferrazzano Kirschbaum & Nagelberg LLP ("BFKN") to represent Wal-Mart in this case. BFKN did not represent Wal-Mart before the TTAB. BFKN seeks additional time to review the TTAB materials, which are voluminous, before filing its answer or motion in response to the complaint.

3. Plaintiffs' counsel has stated it has no objection to a thirty (30) day extension of time for Wal-Mart to file its answer or motion in response to the complaint.

WHEREFORE, defendant Wal-Mart Stores, Inc. respectfully requests that the Court grant its Unopposed Motion for an Extension of Time and permit Wal-Mart to file its answer or motion in response to the complaint on or before July 13, 2009.

Respectfully submitted,

Dated: June 10, 2009

By: /s/ Rebecca Ray
Robert S. Shapiro (#03125180)
Wendi E. Sloane (#06183926)
Rebecca Ray (#06283807)
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100 (phone)
(312) 984-3150 (fax)
*Counsel for Wal-Mart Stores, Inc.*

578801_1.DOC

# CERTIFICATE OF SERVICE

I, Rebecca Ray, one of the attorneys for Defendant Wal-Mart Stores, Inc., do hereby certify that I have this day caused a true and correct copy of the foregoing **Unopposed Motion of Defendant Wal-Mart Stores, Inc. for Extension of Time to Answer or Otherwise Plead or Move** to be served upon the following according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

Steven L. Baron
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60604

                                              s/ Rebecca Ray