# EXHIBIT 1

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,649,099
Registered July 7, 2009

## SERVICE MARK
PRINCIPAL REGISTER



WAL-MART STORES, INC. (DELAWARE CORPORATION)
702 SW 8TH STREET
BENTONVILLE, AR 727168095

FOR: RETAIL DEPARTMENT STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-31-1996; IN COMMERCE 1-31-1996.

THE SERVICE MARK CONSISTS OF A YELLOW CIRCLE WITH TWO EYES AND A SMILING SHAPED MOUTH. COLOR IS INTEGRAL TO THE MARK.

SER. NO. 76-320,901, FILED 10-3-2001.

GENE MACIOL, EXAMINING ATTORNEY