IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANKLIN LOUFRANI, an individual, and THE SMILEY COMPANY SPRL, a Belgian Company, | ) ) ) ) | |
| Plaintiffs, | ) ) | FILED: MAY 20, 2009 Case No.  09CV3062 |
| v. | ) ) | JUDGE KENDALL MAGISTRATE JUDGE BROWN |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) | |

**WAL-MART STORES, INC.'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule 7.1 and Local Rule 3.2, Wal-Mart Stores, Inc. makes the following statement regarding its affiliates as defined in Local Rule 3.2. Wal-Mart States that it is publicly-traded on the New York Stock Exchange. There are no publicly owned affiliates owning more than 5% of Wal-Mart Stores, Inc.'s outstanding stock.

Respectfully submitted this 13th day of July, 2009.

/s Robert E. Shapiro
Robert E. Shapiro
Wendi E. Sloane
Rebecca Ray
Barack Ferrazzano Kirschbaum
 & Nagelberg LLP
200 W. Madison, Suite 3900
Chicago, IL 60606
(312) 984-3100

583626_1.DOC