**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANKLIN LOUFRANI, an individual, and THE SMILEY COMPANY SPRL, a Belgian Company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 09 CV 3062 |
| v. | ) ) | Judge Kendall Magistrate Judge Brown |
| WAL-MART STORES, INC. | ) ) | |
| Defendant. | ) | |

**FRANKLIN LOUFRANI and THE SMILEY COMPANY SPRL's COMBINED**
**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT'S COUNTERCLAIM AND**
**UNOPPOSED MOTION TO EXTEND DEADLINE**
**TO FILE JOINT STATUS REPORT AND INITIAL STATUS HEARING**

Counter-Defendants Franklin Loufrani and The Smiley Company SPRL, hereby

move this Court for an extension of (1) the deadline to answer or otherwise plead to

Defendant Wal-Mart Stores, Inc.'s Counterclaim, (2) the deadline to file the Joint Status

Report and (2) the Initial Status Hearing date.  In support of their motion, Plaintiffs state

as follows:

1.      On July 13, 2009, Defendant filed its Answer to Plaintiffs' Complaint as

well as Affirmative Defenses and a six-count Counterclaim.

2.      Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Counter-Defendants have twenty

(20) days, through and including August 3, 2009 to file a responsive pleading to the

Counterclaim.

3. Counter-Defendants are working diligently to prepare a responsive pleading to the Counterclaim, but require additional time to finalize the pleading.

4. On July 28, 2009, Natalie A. Harris, counsel for Counter-Defendants spoke with Rebecca Ray, counsel for Defendant, and requested an additional 30 days, through and including September 2, 2009 to file a responsive pleading to the Counterclaim. Defendant's counsel agreed to the requested extension.

5. In addition, Counter-Defendants' counsel inquired whether Defendant would also agree to a proposed 30 day extension of (1) the deadline for the parties' Joint Status Report filing and the (2) the Initial Status Hearing, currently scheduled for August 5, 2009 and August 11, 2009, respectively. Defendant's counsel takes no position with respect to the extension of the Joint Status Report and Initial Status Hearing dates.

6. Counter-Defendants have not requested any previous extensions in this matter and the requested extensions will not prejudice the parties.

WHEREFORE, Counter-Defendants Franklin Loufrani and The Smiley Company SPRL respectfully request that this Court enter an order (1) granting plaintiffs' agreed request for a 30 day extension to respond to the Counterclaim, through and including September 2, 2009 and (2) extending the corresponding Joint Status Report filing deadline and Initial Status Hearing dates by 30 days until on or around September 4, 2009 and September 10, 2009, respectively.

Respectfully submitted,

**FRANKLIN LOUFRANI, an individual, and THE SMILEY COMPANY SPRL, a Belgian Company,**

Dated:   July 29, 2009          By:  /s/ Natalie A. Harris_____
                                        One of its Attorneys

Steven L. Baron
Natalie A. Harris
Lindsay H. LaVine
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois  60606
(312) 251-1000 (phone)
(312) 251-1010 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I caused ***Franklin Loufrani and The Smiley Company SPRL's Combined Agreed Motion for Extension of Time to Respond to Defendant's Counterclaim and Unopposed Motion to Extend Deadline to File Joint Status Report and Initial Status Hearing*** to be served on:

>
> Robert E. Shapiro
> Wendi E. Sloane
> Rebecca D. Ray
> Barack Ferrazzano Kirschbaum
>   & Nagelberg  LLP
> 200 West Madison, Suite 3900
> Chicago, Illinois 60606

via CM/ECF.

>
> ___/s/ Natalie A. Harris_____
> Natalie A. Harris

#176618.1