UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Franklin Loufrani, et al.
                    Plaintiff,

v.                                                          Case No.: 1:09−cv−03062
                                                            Honorable Virginia M. Kendall

Wal−Mart Stores Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 25, 2009:

    MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 9/23/2009 at 09:00 AM. The parties are to file a joint discovery schedule and a bench memorandum regarding the standard of review and procedures as outlined in open court by 9/16/2009. Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.