## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused this ***Plaintiffs/Counter-Defendants' Reply Brief in Support of Their Motion to Dismiss Counts II-VI of Defendant/Counter-Plaintiff Wal-Mart Stores, Inc.'s Counterclaims****,* to be served on:

> Robert E. Shapiro
> Wendi E. Sloane
> Rebecca D. Ray
> Barack Ferrazzano Kirschbaum
>    & Nagelberg   LLP
> 200 West Madison, Suite 3900
> Chicago, Illinois 60606

via CM/ECF on September 30, 2009.

_/s/ Steven L. Baron___