# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Franklin Loufrani, et al.

                        Plaintiff,

v.                                             Case No.: 1:09–cv–03062
                                             Honorable Virginia M. Kendall

Wal–Mart Stores Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiffs' motion to dismiss counts II–IV of Wal–Mart's counterclaim per rule 12(b)(6) is denied. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.