IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN LOUFRANI, an individual, and THE SMILEY COMPANY SPRL, a Belgian company, )<br>)<br>)<br>)<br>Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>)<br>Defendant/Counter-Plaintiff. ) | Case No.  09 CV 3062<br>JUDGE VIRGINIA KENDALL<br>MAGISTRATE JUDGE BROWN |

**UNOPPOSED MOTION OF WAL-MART STORES, INC. FOR EXTENSION OF FACT DISCOVERY AND RELATED DEADLINES**

Defendant/Counter-Plaintiff Wal-Mart Stores, Inc. ("Walmart") hereby moves the Court for entry of an order extending the fact discovery deadline and all related deadlines (including expert discovery) and dispositive motions, by sixty (60) days. The new fact discovery deadline would be June 15, 2010.

In support of its Motion, Walmart states as follows:

1. On September 23, 2009, this Court entered a scheduling order, setting fact discovery to close on February 28, 2010, with other dates set accordingly. On February 3, 2010, Plaintiffs/Counter-Defendants Franklin Loufrani and The Smiley Company Sprl (together "Loufrani") served comprehensive written discovery requests on Walmart.

2. On February 22, 2010, Loufrani filed a Motion for Extension of Fact Discovery Deadline. On February 23, 2010, the Court granted Loufrani's Motion for Extension of Fact Discovery Deadline, ordering that all fact discovery must be completed by April 15, 2010 and also extending all over related deadlines accordingly.

3. Walmart served its Responses and Objection to Loufrani's written discovery requests on March 19, 2010. Many of Loufrani's requests seek documents and information dating back to January 1996 and, in some instances, even earlier. As a result, Walmart produced certain documents, but continues to search its archives for responsive documents and information. Walmart anticipates supplementing its production accordingly.

4. Loufrani has raised certain concerns about Walmart's responses, which the parties are attempting to resolve informally. Walmart has also served discovery upon Loufrani, responses to which are not yet due.

5. Both sides have subpoenaed and noticed depositions, of witnesses who are located in Kansas City, MO, Bentonville, AR, London and Paris. Walmart is working with Loufrani to narrow the number of depositions of Walmart employees with relevant knowledge and to schedule all necessary depositions in the most efficient manner. It is expected that the parties will be able to streamline discovery and complete the depositions during May and early June.

6. This is Walmart's first request from the Court for an extension of time regarding discovery, although Walmart did not oppose Loufrani's February 22, 2010 motion. Walmart's counsel discussed this Motion with Loufrani's counsel and Loufrani's counsel does not oppose this Motion. Neither party will be prejudiced by the extension of time to conclude fact discovery.

WHEREFORE, defendant Wal-Mart Stores, Inc. respectfully requests that this Court grant their motion to extend the fact discovery by 60 days, through and including June 15, 2010, and resetting all other related discovery deadlines, including expert discovery and dispositive motions, accordingly.

Dated: April 12, 2010                              Respectfully submitted,

629928_2.DOC

                                              Wal-Mart Stores, Inc.

                                  By:     /s/ Robert E. Shapiro
                                                     One of its attorneys

Robert E. Shapiro
Wendi E. Sloane
Rebecca Ray
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 W. Madison, Suite 3900
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.:  (312) 984-3150
(*Counsel for Defendant/Counter-Plaintiff*)

629928_2.DOC

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that I am one of the attorneys for Defendant and do hereby certify that I have on this 12th day of April, 2010 caused a true and correct copy of **Unopposed Motion of Wal-Mart Stores, Inc. for Extension of Fact Discovery and Related Deadlines** to be served upon the following according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

> Steven L. Baron
> Natalie A. Harris
> Lindsay H. LaVine
> Mandell Menkes LLC
> 333 West Wacker Drive, Suite 300
> Chicago, IL  60606

s/ Robert E. Shapiro

630456_1.DOC