IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN LOUFRANI, an individual, and THE SMILEY COMPANY SPRL, a Belgian Company, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant/Counter-Plaintiff. | Case No. 09 CV 3062 <br><br> Judge Virginia M. Kendall <br> Magistrate Geraldine Soat Brown |

## MOTION TO COMPEL

This is an action under Section 21(b)(1) of the Lanham Act, 15 U.S.C. § 1071(b)(1), seeking judicial review of a final decision of the Trademark Trial and Appeal Board ("TTAB"), an administrative agency of the United States Patent and Trademark Office ("USPTO"). On March 20, 2009, a TTAB panel sustained Wal-Mart Stores, Inc's ("Walmart) trademark oppositions, based on Walmart's proposed mark application, against registration of plaintiffs Franklin Loufrani and The Smiley Company's ("The Smiley Company") applications for the SMILEY and design mark.[1] In sustaining Walmart's opposition, the TTAB found, among other things, that notwithstanding the ubiquitous use of the happy face for decades before Walmart's claimed first use, the TTAB found that Wal-Mart had acquired distinctiveness in a little more than eighteen months between 1996 and 1997.

The Smiley Company brings this motion to compel discovery relevant to this, and other issues raised in the March 9, 2009 TTAB decision. Specifically, The Smiley Company seeks an order compelling defendant Wal-Mart Stores, Inc. ("Walmart") to (i) supplement its Fed. R. Civ.

---

[1] The Proposed Mark (including the color yellow): , and Plaintiff's SMILEY and Design Mark (without reference to a specific color):  .

P. 26(a)(1)(A)(i) disclosures to include all individuals with discoverable information whom Walmart may use to support its claims or defenses, including the subjects of the information likely known by each individual; (ii) produce all documents in Walmart's possession or control responsive to The Smiley Company's First Set of Requests For Production of Documents; (iii) designate Walmart corporate representative(s) to testify as to each of the ten (10) subject matter areas identified on The Smiley Company's Fed. R. Civ. P. 30(b)(6) Notice of Deposition Rider, including which representative(s) shall testify about each subject matter area and (iv) supplement its responses to The Smiley Company's First Set of Interrogatory responses.

In support of its motion The Smiley Company refers to the accompanying Memorandum, incorporated herein by reference. The Smiley Company further states that after multiple consultations in person and by telephone (set forth in more detail below) and good faith attempts to resolve differences pursuant to Local Rule 37.2, the parties are unable to reach an accord as to the disputes set forth in more detail in the accompanying Memorandum:

| Date | Time | Place | Paricipating Counsel |
|---|---|---|---|
| 2/22/10 | 3:30 p.m. | telephone | Natalie A. Harris (Smiley Company)<br>Wendi E. Sloane (Walmart)<br>Rebecca D. Ray (Walmart) |
| 3/9/10 | 10:30 a.m. | Mandell Menkes LLC | Steven L. Baron (Smiley Company)<br>Natalie A. Harris (Smiley Company)<br>Robert E. Shapiro (Walmart)<br>Rebecca D. Ray (Walmart) |
| 4/6/10 | 4:00 p.m. | telephone | Steven L. Baron (Smiley Company)<br>Natalie A. Harris (Smiley Company)<br>Rebecca D. Ray (Walmart)<br>Derek Feagans (3rd Party witness) |
| 4/9/10 | 10:30 a.m. | telephone | Steven L. Baron (Smiley Company)<br>Natalie A. Harris (Smiley Company)<br>Robert E. Shapiro (Walmart)<br>Rebecca D. Ray (Walmart) |
| 4/13/10 | 9:30 a.m. | telephone | Natalie A. Harris (Smiley Company)<br>Rebecca D. Ray (Walmart) |
| 4/20/10 | 3:00 p.m. | telephone | Steven L. Baron (Smiley Company)<br>Natalie A. Harris (Smiley Company)<br>Robert E. Shapiro (Walmart)<br>Shermin Kruse (Walmart)<br>Rebecca D. Ray (Walmart) |
| 4/21/10 | 2:30 p.m. | telephone | Natalie A. Harris (Smiley Company) |

| (previous conference continued) | | | Robert E. Shapiro (Walmart) Shermin Kruse (Walmart) Rebecca D. Ray (Walmart |

WHEREFORE, Franklin Loufrani and The Smiley Company SPRL hereby request entry of an order compelling Walmart Stores, Inc. to (i) supplement its Rule 26 Disclosures to include all individuals with discoverable information whom Walmart may use to support its claims or defenses, including the subjects of the information likely known by each individual; (ii) produce all Bernstein-Rein Documents responsive to any Requests For Production of Documents or certify that no responsive Bernstein-Rein Documents exist; (iii) designate Walmart corporate representative(s) to testify as to each of the ten (10) subject matter areas identified on the Rule 30(b)(6) Notice Rider, including which representative(s) shall testify about each subject matter area and (iv) supplement its Interrogatory responses in the manner set forth in the supporting memorandum of law. Franklin Loufrani and The Smiley Company SPRL further request that Walmart be required to comply with any such order within seven (7) days.

Respectfully submitted,

**FRANKLIN LOUFRANI and THE SMILEY COMPANY SPRL**

By: /Natalie A. Harris
      One of their attorneys

Steven L. Baron (#6200868)
Natalie A. Harris (#6272361)
Lindsay H. LaVine (#6291725)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 251-1000

*Counsel for Plaintiffs/Counter-Defendants*