# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on August 23, 2010, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Sharon Johnson Coleman, therefore

IT IS HEREBY ORDERED That the attached list of 264 cases be reassigned to the Honorable Sharon Johnson Coleman.

IT IS FURTHER ORDERED that this order shall become effective on Wednesday, September 8, 2010.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
James F. Holderman
Chief Judge

Dated at Chicago, Illinois this 7th day of September, 2010.

Cases to be Reassigned From Judge Marvin E. Aspen
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:08-cv-05776 | Griffin, et al. v. Morrin, et al. |
| 1:09-cv-05824 | Inland Commercial Property v. Abercrombie & Fitch |
| 1:10-cv-00558 | Castor v. Spectrum Manufacturing |
| 1:10-cv-03552 | Walls, et al. v. Murphy, et al. |
| 1:10-cv-03631 | Jay Roberts Antique Warehouse v. Travelers Indemnity |
| 1:10-cv-04428 | Borla v. FMS, Inc. |

Cases to be Reassigned From Judge Elaine E. Bucklo
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:07-cv-03622 | Lumenis Ltd., et al. v. Alma Lasers |
| 1:09-cv-00725 | Facilitec USA, Inc. v. Dunnwell, LLC |
| 1:09-cv-03710 | Curtis v. McGuff, et al. |
| 1:09-cv-05191 | Charles v. Astrue |
| 1:09-cv-07110 | Gomez v. Advocate Health Care, et al. |
| 1:10-cv-00121 | Control Solutions LLC v. Oshkosh Corp. |
| 1:10-cv-01579 | J&J Sports Productions, Inc. v. Heliodoro Llive |
| 1:10-cv-02018 | Noe v. R.R. Donnelley & Sons |
| 1:10-cv-02937 | Shales et al v. Schaal |
| 1:10-cv-03626 | Rainey v. Roadway Express Inc, et al. |
| 1:10-cv-04217 | Harris v. M.R.S. Associates, Inc., et al. |
| 1:10-cv-04619 | Donahue v. Weltman, Weinberg & Reis |

Cases to be Reassigned From Judge Ruben Castillo
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:08-cv-00732 | Streeter, et al. v. Sheriff of Cook County |
| 1:09-cv-06688 | Beach, et al. v. DeBois, et al. |
| 1:09-cv-07942 | JAB Distributors, LLC v. Bedbug.com |
| 1:10-cv-00094 | Sterling Brands v. Natco Home Fashions, Inc. |
| 1:10-cv-02571 | Georgia Nut Company v. Setton International Foods, et al. |
| 1:10-cv-03248 | Whirl, et al/ v. Family Dollar Stores, et al. |
| 1:10-cv-03705 | Pokrajac, et al. v. Ascher Brothers Co. |
| 1:10-cv-04077 | Perkins v. MetLife Resources |
| 1:10-cv-04400 | Luster v. HZB Financial Services, Inc. |
| 1:10-cv-04695 | Moran Industries, Inc. v. Pancham Enterprises, et al. |
| 1:10-cv-04815 | First Class Moving and Storage, et al. v. 1st Class Moving, |
| 1:10-cv-05005 | McKinzy v. CSX Railroad |

Cases to be Reassigned From Judge David H. Coar
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:08-cv-05414 | Richard Knorr International, Ltd., et al. |
| 1:09-cv-02955 | Info-Tek Corporation v. Visiontek Products, Inc. |
| 1:09-cv-06164 | Devine, et al. v. Kapasi, et al. |
| 1:10-cv-01345 | Simonian v. L'Oreal USA Creative |
| 1:10-cv-03396 | Maher v. Hyundai Construction Equipment |
| 1:10-cv-04770 | Miller v. Reed, et al. |

Cases to be Reassigned From Judge Suzanne Conlon
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:09-cv-02289 | Sanchez v. Walker, et al. |
| 1:10-cv-00652 | Acroground, Inc. v. Centerpoint Properties Trust |
| 1:10-cv-01744 | Williams v. Miranda, et al. |
| 1:10-cv-03411 | Manheim Automotive Financial v. Joliet Motors, et al. |
| 1:10-cv-04218 | Harris v. Accounts Receivable Manage |
| 1:10-cv-04777 | Nguyen v. Northeastern Illinois University |

Cases to be Reassigned From Judge John W. Darrah
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:07-cv-03372 | Wells v. Wagner, et al. |
| 1:08-cv-03250 | Green v. Ott, et al. |
| 1:08-cv-06956 | Robinson, et al. v. City of Chicago, et al. |
| 1:09-cv-01361 | Schweihs v. Kelly, et al. |
| 1:09-cv-03460 | Dunkin v. Dart, et al. |
| 1:09-cv-04575 | Local No. 422, et al. v. B&E Sewer and Water, Inc. |
| 1:09-cv-06436 | Rena Ranger vs. Michael J. Astrue |
| 1:09-cv-07432 | Hardiman v. City Of Chicago, et al. |
| 1:10-cv-00713 | Eazypower Corporation v. M.K. Morse |
| 1:10-cv-01743 | MAC Funding Corporation v. Five Star Laser, Inc. |
| 1:10-cv-04356 | ArrivalStar S.A., et al. v. EMS Techno |
| 1:10-cv-04826 | Dubose v. Pepsico, Inc., et al. |

Cases to be Reassigned From Judge Samuel Der-Yeghiayan
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:08-cv-00393 | IP Innovation LLC et al v. Vizio, Inc. |
| 1:09-cv-02963 | Mashal v. Royal Jordanian Airlines, et al. |
| 1:09-cv-04754 | Smith v. City Of Chicago |
| 1:09-cv-06591 | Urlacher v. Dreams, Inc. |
| 1:09-cv-08021 | Blessen v. Union Pacific Railroad Co. |
| 1:10-cv-01155 | Gilbert-Hays v. Digby, et al. |
| 1:10-cv-01961 | Sowa v. Lennar Corporation |
| 1:10-cv-02927 | McDonald v. Unifirst Corporation |
| 1:10-cv-03338 | Nance, et al. v. HSBC Mortgage Corp. |
| 1:10-cv-04162 | U.S. Bank National Association v. Key |
| 1:10-cv-04475 | Thurman v. Harvey, et al. |
| 1:10-cv-04735 | Rasulov v. Home Depot U.S.A., Inc. |

Cases to be Reassigned From Judge Robert M. Dow
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:05-cv-04088 | Rosenthal Collins Group, LLC vs. Trading Technologies |
| 1:05-cv-04811 | Trading Technologies International v. CQG, et al. |
| 1:08-cv-00039 | Granger v. Ghosh |
| 1:08-cv-04533 | James v. McCann, et al. |
| 1:09-cv-00595 | Dual-Temp of Illinois, Inc. v. Hench |
| 1:09-cv-02909 | Allen v. Hansor Material Service Corp. |
| 1:09-cv-04920 | Williams v. Pillow, et al. |
| 1:09-cv-07246 | Miller v. Life Time Fitness, Inc. |
| 1:10-cv-00668 | Norington v. Gaetz, et al. |
| 1:10-cv-02005 | Knaak v. National Production Workers |
| 1:10-cv-03056 | Local 705 Health and Welfare Fund v. Village of Bellwood |
| 1:10-cv-03895 | Sandoval v. Little Village Concession |
| 1:10-cv-04547 | Aguirre v. J.R.K. Landscaping & Lawn |

Cases to be Reassigned From Judge Robert W. Gettleman
to the Initial Calendar of Judge Sharon Johnson Coleman

| Case Number | Case Name |
|---|---|
| 1:07-cv-06678 | Lyssenko v. International Titanium Poder, et al. |
| 1:08-cv-03047 | Jesso, et al. v. Podgorski, et al. |
| 1:08-cv-05702 | Boston v. Durkin, et al. |
| 1:09-cv-02056 | Morrow v. City of Chicago, et al. |
| 1:09-cv-05555 | Chapman v. First Index, Inc |
| 1:09-cv-06742 | Public Int. Law Initiative V. Public Int. Law Institute |
| 1:10-cv-00972 | Donehue v. First Hospitality Group, Inc., et al. |
| 1:10-cv-01383 | Effendi v. Amber Fields Homeowners Assoc. |
| 1:10-cv-02270 | Emanuel v. Rolling in the Dough Inc |
| 1:10-cv-02960 | Thomas v. Hardy, et al. |
| 1:10-cv-04037 | Langland v. AT&T Services, Inc., et al, |
| 1:10-cv-04729 | Deutsche Bank National Trust v. Gilewski, et al. |

Cases to be Reassigned From Judge Joan B. Gottschall
to the Initial Calendar of Judge Sharon Johnson Coleman

| Case Number | Case Name |
|---|---|
| 1:03-cv-02182 | SEC v. Custable |
| 1:06-cv-04958 | Walsh, et al. v. Chez, et al. |
| 1:07-cv-06069 | Carter v. McCann, et al. |
| 1:08-cv-03808 | Manley v. National Auto Warranty |
| 1:08-cv-06766 | Martin v City of Chicago |
| 1:09-cv-02073 | Edmonson v. Gaetz, et al. |
| 1:09-cv-04493 | Nti v. S&C Electric Company |
| 1:09-cv-06073 | U.S. EEOC v. Castle Chevrolet |
| 1:09-cv-07857 | Archie v. Dart |
| 1:10-cv-00761 | Viramontes v. U.S. Bancorp et al. |
| 1:10-cv-02431 | Chicago Painters Pension Fund v. Frontenac Painting |
| 1:10-cv-03403 | Rasmussen v. Super Taco |

Cases to be Reassigned From Judge Ronald A. Guzman
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:08-cv-03018 | JPMorgan Chase Bank v. Alecta Real Estate, et al. |
| 1:09-cv-03212 | Matthews v. Potter |
| 1:09-cv-04962 | Wheeler v. Lisle-Woodridge Fire District |
| 1:09-cv-06469 | Adams v. LVNV Funding LLC, et al. |
| 1:09-cv-07613 | Zarate v. City of Chicago, et al. |
| 1:10-cv-01371 | Orbitz Worldwide, et al. v. Consumer Club, Inc. |
| 1:10-cv-01955 | Goldfein v. Brown, et al. |
| 1:10-cv-02477 | Harris, et al. v. Quinn, et al. |
| 1:10-cv-03289 | Abbott Laboratories, Inc. v. Plus Diagnostics, Inc. |
| 1:10-cv-04020 | American Transport Group, LLC v. Premium Express, Inc. |
| 1:10-cv-04434 | Armstrong v. Bishop-Green, et al. |
| 1:10-cv-04928 | Little v. Illinois Department of Revenue |

Cases to be Reassigned From Judge William T. Hart
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:07-cv-00437 | White v. Monohan, et al. |
| 1:08-cv-06301 | McGraw, et al. v. Aramark Educational |
| 1:09-cv-04577 | Bulicek v. Discover Financial Services |
| 1:09-cv-07945 | Macias v. Vitran Express, Inc. |
| 1:10-cv-03095 | Johnson v. Dart, et al. |
| 1:10-cv-04314 | Sovereign Bank, FSB v. Inland Bank |

Cases to be Reassigned From Judge William J. Hibbler
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:06-cv-06296 | Merritt v. McCann, et al. |
| 1:09-cv-00844 | Carrel v. Sisk, et al. |
| 1:09-cv-02601 | Nutall v. Addus Healthcare, Inc., |
| 1:09-cv-04683 | Locomotive Engineers |
| 1:09-cv-06176 | Continental Automotive, Inc. v. Malt |
| 1:09-cv-07767 | Granville v. Dart, et al. |
| 1:10-cv-00735 | Ty Inc. v. Toys "R" Us, Inc. |
| 1:10-cv-01685 | Akoo International, Inc. v. Harris, et al. |
| 1:10-cv-02553 | Local 73 Pension Fund v. P&W Heating and Cooling |
| 1:10-cv-03340 | Sanchez, et al. v. Dima Industries |
| 1:10-cv-03961 | Maestro v. Northwestern Memorial Hospital |
| 1:10-cv-04633 | Barnes, et al. v. Skokie Motor Sales |

Cases to be Reassigned From Judge James F. Holderman
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:05-cv-01290 | Daniels, et al. v. Frary, et al. |
| 1:08-cv-06490 | Palomino v. O'Leary, et al. |
| 1:09-cv-05544 | Ewing v. Roadlink USA Midwest, LLC |
| 1:09-cv-08035 | Sutton v. Hardy, et al. |
| 1:10-cv-02293 | Line Construction Benefit Fund v. CJ's Construction |
| 1:10-cv-03763 | Glaser Direct, Inc. v. Direct Media |

Cases to be Reassigned From Judge Virginia M. Kendall
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:07-cv-04897 | Adams v. Walker, et al. |
| 1:08-cv-06972 | Spencer vs. Sheahan, et al. |
| 1:09-cv-03062 | Loufrani et al. v. Wal-Mart Stores Inc. |
| 1:09-cv-04623 | Ronald A. Chisholm, LTD. v. Fulton Market Cold Storage |
| 1:09-cv-06279 | E.B.N. Enterprises, Inc. v. C.L. Creative Images, et al. |
| 1:09-cv-07757 | Ellis v. Village of Posen, et al. |
| 1:10-cv-00606 | Marnee Koob v. Michael J. Astrue |
| 1:10-cv-01753 | Misher, et al. v. Unknown Chicago Police |
| 1:10-cv-02786 | Midwest Engineers Pension v. Noel Ramos Construction |
| 1:10-cv-03387 | Saiger v. Fargus, et al. |
| 1:10-cv-04050 | Gama Electronics, Inc. v. Central Purchasing, et al. |
| 1:10-cv-04536 | Laborers' Pension Fund v. ALG Masonry |

Cases to be Reassigned From Judge Matthew F. Kennelly
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:07-cv-06398 | United States of America v. Rogan, et al. |
| 1:09-cv-00397 | Jones v. Fed Ex National LTL, Inc. |
| 1:09-cv-02803 | Carrillo v. City of Chicago, et al. |
| 1:09-cv-05248 | RBS Citizens, N.A. v. Ramzanali et al. |
| 1:09-cv-07105 | Letkowski v. Grace Cleaning Service |
| 1:10-cv-00192 | Kennedy v. Chicago, et al. |
| 1:10-cv-01358 | Vula Ferataj v. Maroney, et al. |
| 1:10-cv-02166 | Jackson et al. v. Johnson, et al. |
| 1:10-cv-03112 | Duran v. Lazzara, et al. |
| 1:10-cv-03751 | Coach, Inc., et al. v. Montana Charlie |
| 1:10-cv-04300 | Ocwen Loan Servicing, LLC v. Babaloo |
| 1:10-cv-04781 | AEL Financial LLC et al. v. Allied Health |

Cases to be Reassigned From Judge Joan H. Lefkow
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:06-cv-07023 | Butler, et al. v. Sears Roebuck & Co. |
| 1:07-cv-00412 | Seratt, et al. v. Sears Roebuck & Co. |
| 1:08-cv-01832 | Napoli, et al. v. Sears Roebuck & Co. |
| 1:08-cv-01531 | DSM Desotech, Inc. v. 3D Systems Corp |
| 1:08-cv-05261 | Tate v. Illinois Workers Compensation |
| 1:09-cv-00458 | ARTRA 524(g) Asbestos Trust v. Fairmont Premier Ins. |
| 1:09-cv-02800 | Sewell, et al. v. Blake, et al. |
| 1:09-cv-04517 | Davenport v. City of Chicago |
| 1:09-cv-06086 | Vasarely v. Rojas, et al. |
| 1:09-cv-07808 | Nance, et al. v. Equinox Music, et al. |
| 1:10-cv-02383 | Pehanich v. R.R. Donnelley & Sons Co |
| 1:10-cv-03376 | Galinato v. Donovan |
| 1:10-cv-03837 | Malsen v. Receivables Management |
| 1:10-cv-04495 | Sanchez v. A-Arman Auto Glass & Body |

Cases to be Reassigned From Judge Harry D. Leinenweber
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:08-cv-03613 | Lambert v. Jamison, et al. |
| 1:09-cv-01969 | Simmons v. Killackey, et al. |
| 1:09-cv-04162 | Keys v. City Of Chicago, et al. |
| 1:09-cv-06827 | Esparza v. The Habitat Company |
| 1:09-cv-08014 | Angel v. Brennan Masonry Company, et al. |
| 1:10-cv-01010 | Carpenters Pension Fund v. Willwork, Inc. |
| 1:10-cv-01817 | Medina, et al. v. Freddie's Inc., et al. |
| 1:10-cv-02405 | Adams v. St James Hospitals ,et al. |
| 1:10-cv-03423 | Lilly v. Potter |
| 1:10-cv-03796 | Iwan v. Federation of Defense & Corporate Counsel |
| 1:10-cv-04350 | Izenstark v. Toyota Motor Sales, U.S |
| 1:10-cv-04854 | Teamsters Local 727 Welfare Fund v. Valet Parking, Inc. |

Cases to be Reassigned From Judge Blanche M. Manning
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:06-cv-01813 | Timothy & Thomas LLC v. Viral Genetics, et al. |
| 1:08-cv-03548 | Jones v. Bremen High School District |
| 1:09-cv-01903 | Martin, et al. v. City of Chicago, et al. |
| 1:09-cv-04072 | Smallwood, et al. v. Illinois Bell Telephone |
| 1:09-cv-06014 | Bank of America, N.A. v. Allia |
| 1:09-cv-06936 | Haritos v. Futaba Industrial Corporation |
| 1:10-cv-00271 | Portion Pac Chemical Corporation v. Midlab, Inc. |
| 1:10-cv-01529 | Perez v. Ronald, et al. |
| 1:10-cv-02390 | Knox v. KremeWorks LLC, et al. |
| 1:10-cv-03221 | Van Vliet v. Cole Taylor Bank, et al. |
| 1:10-cv-03994 | Wright v. Jones |
| 1:10-cv-04574 | Chicago Painters Pension Fund v. DPI, Inc., et al. |

Cases to be Reassigned From Judge Charles R. Norgle
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:07-cv-01616 | Clark, et al. v. Chicago Police Office |
| 1:07-cv-05251 | Gonzalez v. City of Chicago, et al. |
| 1:08-cv-00587 | Almaguer v. Cook County, et al. |
| 1:08-cv-05127 | DH Holdings, LLC v. Meridian Link |
| 1:09-cv-01003 | Werner v. HVM L.L.C., et al. |
| 1:09-cv-02901 | Patten v. Bernichio, et al. |
| 1:09-cv-04792 | NEWT LLC v. Nestle USA, et al. |
| 1:09-cv-06359 | The Cincinnati Insurance Company v. Ralston Brown, Inc. |
| 1:09-cv-07656 | Doe 1 et al., v. The Catholic Archdiocese of Chicago, et al. |
| 1:10-cv-00579 | Majcher v. BAC Home Loans Servicing |
| 1:10-cv-01539 | Simonian v. Astellas Pharma US, Inc. |
| 1:10-cv-04119 | Cooper v. Dart, et al. |
| 1:10-cv-04824 | Galvan v. Astrue |

Cases to be Reassigned From Judge Rebecca R. Pallmeyer
to the Initial Calendar of Judge Sharon Johnson Coleman

| Case Number | Case Name |
|---|---|
| 1:04-cv-08279 | SEC v. Weaver |
| 1:08-cv-04520 | Murphy v. Brown, et al. |
| 1:09-cv-02276 | Bennett v. Potter |
| 1:09-cv-03370 | United States of America v. Scott, et al. |
| 1:09-cv-04957 | Rezza v. Natixis Distributors, L.P. |
| 1:10-cv-02939 | Rezza v. Natixis Distributors, L.P. |
| 1:09-cv-06986 | Main v. Patterson Medical Holdings |
| 1:10-cv-00154 | Zelman v. Hinsdale Township High School |
| 1:10-cv-01360 | H., et al. v. Board of Education Chicago Dist 299 |
| 1:10-cv-02244 | Divane, Jr., et al. v. Ro Pro Electric |
| 1:10-cv-03079 | ACE Hardware Corp. v. North Brunswick Ace Hardware |
| 1:10-cv-03699 | Taylor v. Illinois Department of Health |
| 1:10-cv-04242 | Diaz v. United States of America |

Cases to be Reassigned From Judge Amy J. St. Eve
to the Initial Calendar of Judge Sharon Johnson Coleman

| Case Number | Case Name |
|---|---|
| 1:08-cv-06687 | Buonauro, et al. v. City of Berwyn |
| 1:08-cv-07367 | Aleshire v. Harris, N.A. |
| 1:09-cv-04066 | Davis v. Tavares, et al. |
| 1:09-cv-05825 | Erie Insurance Exchange v. Home Depot |
| 1:09-cv-07559 | Boston, et al. v. Harris, et al. |
| 1:10-cv-01006 | Pipe Fitters Retirement Fund v. M.C. Mechanical, Inc. |
| 1:10-cv-01148 | Haywood v. Stroger, et al. |
| 1:10-cv-01875 | Orthoflex, Inc., v. ThermoTek, Inc. |
| 1:10-cv-02850 | RL Johnson v. City of Chicago |
| 1:10-cv-03452 | United States of America v. $69,100 |
| 1:10-cv-04045 | Coffey v. Kaupas, et al. |
| 1:10-cv-04757 | Thigpen v. Lawson, et al. |

Cases to be Reassigned From Judge Milton I. Shadur
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:06-cv-00617 | Brown v. County of Cook, et al. |
| 1:08-cv-01818 | Sweezer, et al. v. Jenkins, et al. |
| 1:09-cv-01399 | Targin Sign Systems, Inc. v. Preferred Chiropractic |
| 1:09-cv-04174 | Judge, et al. v. Lake County Metro. Enforcement Group |
| 1:09-cv-05439 | Lark v. Chicago, et al |
| 1:09-cv-07052 | Blocker v. Chicago |
| 1:09-cv-07991 | Bradley v. Northshore University Health System |
| 1:10-cv-01001 | Reth v. United States of America |
| 1:10-cv-03521 | Automobile Mechanics Pension Fund v. Richard Auto |
| 1:10-cv-03598 | Anderson v. Guaranteed Rate, Inc., et al. |
| 1:10-cv-04327 | Kranz v. Friedman Corporation |
| 1:10-cv-04910 | McDonald v. Astrue |

Cases to be Reassigned From Judge James B. Zagel
to the Initial Calendar of Judge Sharon Johnson Coleman

| | |
|---|---|
| 1:06-cv-05240 | Sullivan v. Jamison |
| 1:10-cv-01294 | Sullivan v. Hoppen, et al. |
| 1:07-cv-07197 | Bright v. Melondez, et al. |
| 1:08-cv-05380 | Garcia v. City of Chicago, et al. |
| 1:09-cv-01102 | Moore v. Chicago Police Dept., et al. |
| 1:09-cv-03894 | Soda vs. Village of Stone Park |
| 1:09-cv-04977 | Loyola University Medical Center v. United States |
| 1:10-cv-00593 | Privett v. Jefferson Capital Systems |
| 1:10-cv-01585 | Smith v. Chicago Transit Authority |
| 1:10-cv-02393 | Linde LLC v. Cryogenic Systems Equipment |
| 1:10-cv-03409 | Russo v. Life Insurance Company of North America |
| 1:10-cv-04060 | Banks v. Enova Financial, et al. |
| 1:10-cv-04878 | Winfield v. Acevado, et al. |