UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Franklin Loufrani, et al.
                    Plaintiff,

v.                                    Case No.: 1:09−cv−03062
                                      Honorable Sharon Johnson Coleman

Wal−Mart Stores Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 9, 2010:

  MINUTE entry before Honorable Sharon Johnson Coleman: This case has been reassigned to the calendar of Judge Sharon Johnson Coleman. The parties aredirected to meet and discuss the status of the case. Please file a joint status report not exceeding 5 pages by 9/23/2010 (with a courtesy copy to the Courtroom Deputy, Room 1428). The Joint Status Report should contain the information found on the Courts webpage at http://www.ilnd.uscourts.gov located under District Judges, Judge Sharon Johnson Coleman, Case Management Procedures, Initial Status Conferences, Joint Status Report. All pending status or hearing dates before the previously assigned district judge are vacated. All other dates to stand pending further order.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.