**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Franklin Loufrani, et al.
                    Plaintiff,

v.                                       Case No.: 1:09−cv−03062
                                         Honorable Sharon Johnson Coleman

Wal−Mart Stores Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 13, 2010:

    MINUTE entry before Honorable Sheila Finnegan: Settlement conference held on 9/13/2010. Substantial progress made. No agreement reached. Parties will reconvene on 9/28/2010 at 12 p.m. for settlement conference with Judge Finnegan. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.