# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Franklin Loufrani, et al.
                    Plaintiff,

v.                                      Case No.: 1:09−cv−03062
                                        Honorable Sharon Johnson Coleman

Wal−Mart Stores Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2010:

    MINUTE entry before Honorable Sheila Finnegan: Settlement conference held on 11/16/2010. Substantial progress made. Plaintiffs will send samples of holograms and proposed variations on designs 8 and 9 to Defendant. Defendant will determine its position on these remaining issues no later than 12/6/2010. If the parties reach agreement on these issues, counsel are to begin drafting settlement papers. A telephonic status conference will be held with counsel on 12/6/2010 at 10 a.m. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.