# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Franklin Loufrani, et al.

                Plaintiff,

v.                               Case No.: 1:09−cv−03062
                                         Honorable Sharon Johnson Coleman

Wal−Mart Stores Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 31, 2011:

      MINUTE entry before Honorable Sheila Finnegan: Telephonic Magistrate Judge status hearing held on 5/31/2011 and continued to 6/10/2011 at 10:00 a.m. Parties anticipate that agreement will be finalized by next status. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.