UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Franklin Loufrani, et al.
 Plaintiff,

v. Case No.: 1:09−cv−03062
 Honorable Sharon Johnson Coleman

Wal−Mart Stores Inc.
 Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2011:

    MINUTE entry before Honorable Sheila Finnegan: Telephonic Magistrate Judge status hearing held on 6/10/2011 and continued to 6/20/2011 at 9:45 a.m. Parties report that settlement agreement has been finalized and one party has signed and the other party has affirmed that he will do so. Parties are to file a stipulation to dismiss prior to the next status hearing. The status hearing will be cancelled once the stipulation to dismiss has been filed. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.