IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN LOUFRANI, an individual, and <br> THE SMILEY COMPANY SPRL, <br> a Belgian company, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant/Counter-Plaintiff. <br> _____ <br><br> WAL-MART STORES, INC., <br><br> Defendant/Counter-Plaintiff, <br><br> v. <br><br> FRANKLIN LOUFRANI and THE SMILEY COMPANY, SPRL, <br><br> Plaintiffs/Counterdefendants. | Case No. 09 CV 3062 <br> Judge Coleman <br> Magistrate Judge Finnegan |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that the complaint and counterclaim in the above-captioned action shall be dismissed in their entirety with prejudice, with each party bearing its own costs, expenses and attorneys' fees, and with each party waiving its right to appeal with respect to the dismissals of such complaint and counterclaim.

Dated: June 16, 2011                    Respectfully submitted:

| | |
|---|---|
| FRANKLIN LOUFRANI AND THE SMILEY COMPANY SPRL | WAL-MART STORES, INC. |
| By: /s/ Steven L. Baron<br>One of Its Attorneys | By: /s/ Wendi E. Sloane<br>One of Its Attorneys |
| Steven L. Baron (#6200868)<br>Natalie A. Harris (#6272361)<br>**MANDELL MENKES LLC**<br>333 West Wacker Drive, Suite 300<br>Chicago, Illinois  60606 | Robert E. Shapiro (#03125180)<br>Wendi E. Sloane (#06183926)<br>Rebecca Ray (#06283807)<br>**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>(312) 984-3100 (phone)<br>(312) 984-3150 (fax) |

SO ORDERED this _____ day of _____, 2011:

_____
United States District Court Judge
Sharon Johnson Coleman