# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Franklin Loufrani, et al.

                    Plaintiff,

v.

                                   Case No.: 1:09–cv–03062
                                   Honorable Sharon Johnson Coleman

Wal–Mart Stores Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 16, 2011:

      MINUTE entry before Honorable Sheila Finnegan: Telephonic Magistrate Judge status hearing set for 6/20/2011 is stricken, stipulation and order of dismissal having been filed. The referral is terminated and the case is returned to the District Judge for further proceedings. Honorable Sheila Finnegan no longer referred to the case. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.