```
 1
 2
 3
 4                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 5                         EASTERN DIVISION
 6
 7
     FRANKLIN LOUFRANI, et al.,    Case No. 1:09-cv-03062
 8
        Plaintiffs,                Chicago, Illinois
 9                                 May 19, 2010
           v.                      Motion Hearing
10
     WAL-MART STORES INC.,
11
        Defendant.
12   -------------------------------
13
14              TRANSCRIPT OF MOTION HEARING
          BEFORE THE HONORABLE VIRGINIA M. KENDALL
15              UNITED STATES DISTRICT JUDGE
16
17   APPEARANCES:
18
19   For the Plaintiffs:   Mandell Menkes LLC
                           By:  Steven L. Baron, and
20                              Natalie A. Harris
                           333 W. Wacker Dr., Ste. 300
21                         Chicago, IL 60606
                           (312) 251-1000
22
23
24
25
```

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

```
 1

 2

 3   APPEARANCES (Cont'd):

 4

 5   For the Defendant:    Barack Ferrazzano Kirschbaum &
                           Nagelberg LLP
 6                         By:  Wendi E. Sloane, and
                                Rebecca D. Ray
 7                         200 W. Madison St., Ste. 3900
                           Chicago, IL 60606
 8                         (312) 984-3100

 9

10   COURT REPORTER:       FEDERAL OFFICIAL COURT REPORTER
                           April M. Metzler, RPR, CRR
11                         219 South Dearborn St., Rm. 2318-A
                           Chicago, IL 60604
12                         (312) 408-5154
                           April_Metzler@ilnd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography; transcript
25   produced by notereading.
```

| | | |
|---|---|---|
| 09:20:12 | 1 | (Commenced at 9:20 a.m.) |
| 09:20:12 | 2 | THE CLERK: 09C3062, Loufrani, et al. versus Wal-Mart |
| 09:20:23 | 3 | Stores. |
| 09:20:23 | 4 | MR. BARON: Good morning, your Honor. Steve Baron, |
| 09:20:24 | 5 | B-a-r-o-n, and Natalie Harris, H-a-r-r-i-s, on behalf of |
| 09:20:30 | 6 | Franklin Loufrani and The Smiley Company. |
| 09:20:32 | 7 | THE COURT: Okay. Good morning. |
| 09:20:33 | 8 | MS. SLOANE: Good morning, your Honor. Wendi Sloane, |
| 09:20:35 | 9 | S-l-o-a-n-e, and Rebecca Ray on behalf of Wal-Mart. |
| 09:20:39 | 10 | THE COURT: Okay. Good morning, folks. |
| 09:20:41 | 11 | MS. RAY: Good morning. |
| 09:20:41 | 12 | THE COURT: Have you talked with each other since the |
| 09:20:43 | 13 | filing of this motion to see if there's any narrowing? |
| 09:20:46 | 14 | MR. BARON: Yes. |
| 09:20:47 | 15 | THE COURT: Okay. |
| 09:20:47 | 16 | MS. SLOANE: We have, your Honor. I mean, as a |
| 09:20:49 | 17 | thresh- -- I will confess, I've been involved for the last |
| 09:20:54 | 18 | three months in a major trial in another matter, but I've been |
| 09:20:56 | 19 | keeping abreast of what's going on. |
| 09:20:58 | 20 | I did speak with counsel yesterday. And, from our |
| 09:21:00 | 21 | perspective, this motion was unnecessary, because we have been |
| 09:21:04 | 22 | busily going through 120 boxes of documents and an enormous |
| 09:21:10 | 23 | amount of electronic discovery in order to provide the |
| 09:21:12 | 24 | information that's been requested. |
| 09:21:14 | 25 | And we had also confirmed in writing that we have |

| | | |
|---|---|---|
| 09:21:17 | 1 | withheld no information based on the objections that we made. |
| 09:21:21 | 2 | I mean, we have a right to make our objections. And I believe |
| 09:21:23 | 3 | that plaintiff's counsel has every right to know whether or |
| 09:21:26 | 4 | not we have withheld information. We have not. They know |
| 09:21:29 | 5 | that. That information is resolved. |
| 09:21:33 | 6 | In addition, I don't believe there's any issue that |
| 09:21:35 | 7 | we're having with respect to depositions. We have been |
| 09:21:38 | 8 | working steadily to inform them which witnesses we will be |
| 09:21:41 | 9 | calling in the event that we have a trial in this matter, so |
| 09:21:46 | 10 | there won't be any ambiguity, and we will certainly designate |
| 09:21:49 | 11 | who it is that will be our 30(b)(6) witness. |
| 09:21:54 | 12 | My understanding -- and, again, I wasn't directly |
| 09:21:55 | 13 | involved with it -- but that my partners, Mr. Shapiro and |
| 09:21:58 | 14 | Ms. Ray, have been working on that with Wal-Mart. |
| 09:22:00 | 15 | But, I think, actually we can put all of this on the |
| 09:22:03 | 16 | shelf for the moment, because the other part of our |
| 09:22:06 | 17 | conversation yesterday related to the issue of settlement, |
| 09:22:09 | 18 | which is not something that's been discussed before. And I'll |
| 09:22:13 | 19 | let -- Mr. Baron had raised the issue, so I can let him |
| 09:22:16 | 20 | address -- |
| 09:22:16 | 21 | THE COURT: Okay. |
| 09:22:16 | 22 | MS. SLOANE: -- kind of what we're thinking about. |
| 09:22:20 | 23 | MR. BARON: What we discussed, Judge, and what we |
| 09:22:20 | 24 | would like to propose to your Honor this morning is that you |
| 09:22:23 | 25 | refer this matter to the magistrate judge, who I believe is |

| | | |
|---|---|---|
| 09:22:26 | 1 | Judge Soat Brown. |
| 09:22:27 | 2 | THE COURT: Okay. |
| 09:22:28 | 3 | MR. BARON: And the referral would be for the |
| 09:22:29 | 4 | purposes of a settlement conference. I think both parties are |
| 09:22:33 | 5 | inclined to approach this in this manner now. |
| 09:22:36 | 6 | We're on the cusp in this case of having to engage in |
| 09:22:40 | 7 | that stage of discovery that would require counsel here to |
| 09:22:43 | 8 | have lovely times over in Paris deposing Mr. Loufrani -- |
| 09:22:47 | 9 | THE COURT: I've never been to Paris, but I hear it's |
| 09:22:50 | 10 | lovely. |
| 09:22:50 | 11 | MS. SLOANE: It's really lovely. |
| 09:22:51 | 12 | MR. BARON: You could join us and rule on the |
| 09:22:53 | 13 | objections. |
| 09:22:53 | 14 | THE COURT: Right, I'll rule on the objections to the |
| 09:22:55 | 15 | depositions. |
| 09:22:56 | 16 | MS. SLOANE: We're going June 7th or 8th, if you want |
| 09:22:58 | 17 | to make the reservation. |
| 09:22:59 | 18 | THE COURT: From the sidewalk cafe, right. |
| 09:23:02 | 19 | MS. SLOANE: Absolutely. |
| 09:23:02 | 20 | (Laughter.) |
| 09:23:03 | 21 | MR. BARON: We have depositions scheduled for |
| 09:23:05 | 22 | Bentonville, Arkansas of the Wal-Mart people. |
| 09:23:08 | 23 | THE COURT: I'm not interested. |
| 09:23:09 | 24 | (Laughter.) |
| 09:23:10 | 25 | MR. BARON: It's also a lovely town. |

09:23:12 1 MS. SLOANE: Yes.
09:23:12 2 MR. BARON: Because this case had a life in the
09:23:16 3 Trademark Trial and Appeal Board, because there's been a fair
09:23:19 4 amount of exchange of information --
09:23:20 5 THE COURT: Right.
09:23:20 6 MR. BARON: -- we think that we can have a settlement
09:23:22 7 conference, meaningfully without additional discovery. So our
09:23:25 8 proposal today is that you make a referral, that you stay the
09:23:30 9 discovery for some limited period of time -- we would suggest
09:23:33 10 maybe 60 days -- so that Judge Soat Brown can set us up on her
09:23:37 11 calendar and we can do the things that we need to do there,
09:23:40 12 which I believe would be an exchange of letters and the things
09:23:42 13 that we do in a settlement conference.
09:23:44 14 And if we're successful, great. If not, then we'll
09:23:46 15 come back in the middle of the summer and pick up where we
09:23:50 16 left off and do what needs to be done.
09:23:54 17 We're inclined to agree to that. I believe
09:23:57 18 Wal-Mart's inclined to agree to that. If your Honor is
09:23:58 19 inclined, you know, that's our proposal today.
09:24:00 20 THE COURT: Now, what about your motion to compel?
09:24:02 21 MR. BARON: I think we would be prepared to enter and
09:24:04 22 continue that today, and, again, put that on the burner, pick
09:24:07 23 it up again if we're not successful in resolving this. The
09:24:10 24 motion, by the way, was driven largely by the fact that while
09:24:13 25 there was a lot of talk, there was little action, from our

```
09:24:16   1   perspective, and we were approaching a deadline in the
09:24:21   2   middle -- of June 15 for all fact discovery.  We still don't
09:24:24   3   know who they're going to produce, who we're going to be
09:24:27   4   deposing in the first week of June.
09:24:28   5            So it was triggered by a desire to get, you know,
09:24:31   6   some answers as opposed to some promises, and so -- but in
09:24:36   7   terms of today's activities, our proposal would be to enter
09:24:39   8   and continue the motion pending the outcome of the settlement
09:24:42   9   conference.
09:24:42  10            THE COURT:  I just don't like to have it sitting
09:24:44  11   there for so long, because it just becomes one of those many
09:24:48  12   motions on the docket that wait.  So based upon your
09:24:51  13   statements, I'm going to deny it without prejudice for you to
09:24:54  14   represent it to me in the summer.
09:24:56  15            MR. BARON:  That's fine, your Honor.
09:24:57  16            THE COURT:  So that way you're going to have 60 days
09:24:59  17   or so to be working on this, and I would guess that during
09:25:02  18   your settlement discussions you might be exchanging
09:25:05  19   information still, so that you can get to the bottom of it.
09:25:08  20            So without any -- and I'll say on the docket that
09:25:11  21   it's denied without prejudice while the parties pursue
09:25:15  22   settlement.  So it won't be denied because it's denied at all
09:25:19  23   on the merits.  It's denied at the request of the parties to
09:25:22  24   pursue settlement to be represented when discovery reconvenes,
09:25:28  25   if it reconvenes.
```

| | | |
|---|---|---|
| 09:25:30 | 1 | Okay. So I'll give you a referral to Judge Soat |
| 09:25:34 | 2 | Brown, and I'll give you 60 days or whatever the eight-week |
| 09:25:39 | 3 | equivalent, probably, would be since we all have to start |
| 09:25:43 | 4 | thinking in sevens. |
| 09:25:44 | 5 | MR. BARON: In weeks, yeah. |
| 09:25:45 | 6 | MS. SLOANE: Right. |
| 09:25:46 | 7 | THE COURT: Instead of 30s or however we have been |
| 09:25:49 | 8 | doing that. |
| 09:25:50 | 9 | THE CLERK: July 14. |
| 09:25:51 | 10 | THE COURT: Okay. July 14th for status, and |
| 09:25:55 | 11 | hopefully you will be able to resolve it with Judge Brown. |
| 09:25:59 | 12 | MR. BARON: One other housekeeping, Judge, I think |
| 09:26:02 | 13 | there's a current status before your Honor on June 22. That |
| 09:26:04 | 14 | was with the thought that discovery would be finished by |
| 09:26:06 | 15 | June 15. |
| 09:26:07 | 16 | THE COURT: Okay. Yes, discovery is stayed, so that |
| 09:26:09 | 17 | one will be stricken. |
| 09:26:12 | 18 | Anything else? |
| 09:26:13 | 19 | MS. SLOANE: I don't believe so, your Honor. |
| 09:26:15 | 20 | THE COURT: All right. Thanks very much. Good luck. |
| 09:26:16 | 21 | MS. RAY: Thank you, your Honor. |
| 09:26:17 | 22 | MS. HARRIS: Thank you, your Honor. |
| 09:26:18 | 23 | (Concluded at 9:26 a.m.) |
| | 24 | - - - |
| | 25 | |

```
 1
 2
 3
 4
 5                    C E R T I F I C A T E
 6
 7     I certify that the foregoing is a correct transcript from
 8   the record of proceedings in the above-entitled matter.
 9
10   /s/April M. Metzler, RPR, CRR, FCRR    May 19, 2010
11   April M. Metzler, RPR, CRR, FCRR       Date
12   Official Federal Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```