```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION



FRANKLIN LOUFRANI, et al.,      Case No. 1:09-cv-03062

   Plaintiffs,                  Chicago, Illinois
                                July 20, 2010
       v.                       Status Conference

WAL-MART STORES INC.,

   Defendant.
-------------------------------


             TRANSCRIPT OF STATUS CONFERENCE
        BEFORE THE HONORABLE VIRGINIA M. KENDALL
              UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:   Mandell Menkes LLC
                      By:  Steven L. Baron
                      333 W. Wacker Dr., Ste. 300
                      Chicago, IL 60606
                      (312) 251-1000
```

```
 1

 2

 3   APPEARANCES (Cont'd):

 4

 5   For the Defendant:    Barack Ferrazzano Kirschbaum &
                           Nagelberg LLP
 6                         By:  Rebecca D. Ray
                           200 W. Madison St., Ste. 3900
 7                         Chicago, IL 60606
                           (312) 984-3100
 8

 9
     COURT REPORTER:       FEDERAL OFFICIAL COURT REPORTER
10                         April M. Metzler, RPR, CRR
                           219 South Dearborn St., Rm. 2318-A
11                         Chicago, IL 60604
                           (312) 408-5154
12                         April_Metzler@ilnd.uscourts.gov

13

14

15

16

17

18

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography; transcript
25   produced by notereading.
```

| | | |
|---|---|---|
| 09:05:00 | 1 | (Commenced at 9:05 a.m.) |
| 09:05:00 | 2 | THE CLERK: 09C3062, Loufrani, et al. versus Wal-Mart |
| 09:05:08 | 3 | Stores. |
| 09:05:08 | 4 | MR. BARON: Good morning, your Honor. Steve Baron, |
| 09:05:10 | 5 | B-a-r-o-n, for the plaintiffs. |
| 09:05:12 | 6 | THE COURT: Good morning, Mr. Baron. |
| 09:05:13 | 7 | MS. RAY: Good morning, your Honor. Rebecca Ray, |
| 09:05:16 | 8 | R-a-y, on behalf of Wal-Mart stores. |
| 09:05:19 | 9 | THE COURT: And good morning, Ms. Ray. |
| 09:05:20 | 10 | I understand you've been working hard with our newest |
| 09:05:24 | 11 | magistrate judge, and she tells me that she'd like to -- she's |
| 09:05:28 | 12 | going to see you again in a few weeks. |
| 09:05:30 | 13 | MS. RAY: Correct. |
| 09:05:30 | 14 | THE COURT: So is there anything more you want to |
| 09:05:32 | 15 | report to me, other than you would like me to stay things |
| 09:05:35 | 16 | while you work on this? |
| 09:05:36 | 17 | MR. BARON: That's correct, your Honor. We made |
| 09:05:38 | 18 | substantial progress yesterday. I can't report that we have a |
| 09:05:41 | 19 | settlement, but I think we're moving in the right direction. |
| 09:05:43 | 20 | THE COURT: Okay. So right now what is our schedule? |
| 09:05:46 | 21 | Do you have a discovery schedule worked out? Is that what we |
| 09:05:48 | 22 | have? |
| 09:05:48 | 23 | MS. RAY: No, your Honor. |
| 09:05:49 | 24 | MR. BARON: I think things have been stayed pending |
| 09:05:52 | 25 | the settlement conference. |

| | | |
|---|---|---|
| 09:05:52 | 1 | THE COURT: Okay. That's good then. |
| 09:05:53 | 2 | MR. BARON: So if things go south, we'll have to come |
| 09:05:56 | 3 | back and rejigger the schedule. I think we're going to be |
| 09:06:00 | 4 | back before the magistrate, if we need to because -- |
| 09:06:02 | 5 | THE COURT: Oh, I see. |
| 09:06:03 | 6 | MR. BARON: -- there's the hope here that we might |
| 09:06:05 | 7 | reach a resolution without any additional assistance. But if |
| 09:06:08 | 8 | not, we have a date scheduled before her on August 13. |
| 09:06:11 | 9 | THE COURT: All right. Well, then let me see you |
| 09:06:13 | 10 | directly after that. I'll see you on the 16th of August -- or |
| 09:06:18 | 11 | the 23rd of August at 9:00 a.m. |
| 09:06:21 | 12 | MR. BARON: Judge, that week I'm on vacation -- |
| 09:06:23 | 13 | THE COURT: Okay. We let you do that. |
| 09:06:24 | 14 | How about the 30th? |
| 09:06:26 | 15 | MR. BARON: That's fine. |
| 09:06:26 | 16 | THE COURT: Okay. I'll see you August 30th at |
| 09:06:29 | 17 | 9:00 a.m., and good luck with the settlement. |
| 09:06:30 | 18 | MS. RAY: Thank you, your Honor. |
| 09:06:31 | 19 | MR. BARON: Thank you. |
| | 20 | (Concluded at 9:06 a.m.) |
| | 21 | - - - |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1
 2
 3
 4                      C E R T I F I C A T E
 5
 6    I certify that the foregoing is a correct transcript from
 7    the record of proceedings in the above-entitled matter.
 8
 9    /s/April M. Metzler, RPR, CRR, FCRR     July 20, 2010
10    April M. Metzler, RPR, CRR, FCRR        Date
11    Official Federal Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154